**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>TRACY DEAN STEPHENSON<br>Debtor. | Bankruptcy Case No. 19-13565-MER<br>Chapter 7 |
| M. STEPHEN PETERS<br>Plaintiff.<br><br>v.<br><br>JEFFREY MOSING AND MOSING AUTOSPORT, LLC DBA MOSING MOTORCARS,<br>Defendant | Adversary Case No. 19-01211-MER |
| M. STEPHEN PETERS,<br>Appellant,<br><br>v.<br><br>JEFFREY MOSING AND MOSING AUTOSPORT, LLC DBA MOSING MOTORCARS,<br>Appellees, | U.S. District Court<br>Case No. 22-CV-00642-MSK |

**NOTICE REGARDING RECORD ON APPEAL**

A Notice of Appeal and Statement of Election was filed on March 15, 2022 by attorney Aaron Conrardy on behalf of M. Stephen Peters and assigned District Court case number 22-cv-00642-MSK. Pursuant to F.R.B.P. 8009 and 8010, please note the following:

☒ The parties have designated a Record on Appeal. Attached please find:

Volume I - Docket sheet and designated pleadings from Case 19-01211-MER;
Volume II – Transcripts from hearings held December 15, 2020 and September 3, 2021.

☒ The following documents are not available on this Court's docket: Trial Exhibits from hearing held September 3, 2021. Pursuant to L.B.R. 9070-1(e)(3), parties must retain custody of their respective originals and must provide their exhibits to the appellate court pursuant to the appellate court's direction. However, the Appellee has attached copies to the Designation of Record and they are attached within.

**A copy of this notice and the Record on Appeal has been transmitted electronically to US District Court.**

DATED: April 14, 2022                    Kenneth S. Gardner, Clerk of Court
                                                              By: R. Roberts, 720-904-7450